IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| KATISA MATHEWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 3:08-CV-134-JTC |
| TENET HEALTHCARE ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**<u>JOINT STIPULATION OF SETTLEMENT</u>**

COME NOW, the parties in this matter to notify the court of mediated settlement of the matter as follows:

1.

On January 31, 2011, The Honorable Judge Willis B. Hunt, Jr. entered an order that among other things required the parties to mediate the case within 30 days of the close of the extended discovery period. [Doc. 76] The case has recently been reassigned to the Honorable Thomas W. Thrash, Jr. [Doc. 87]

2.

The parties mediated the case on April 20, 2011, before a Certified Neutral Roger Mills.

3.

The parties have agreed to a resolution of the case and anticipate filing a Dismissal with Prejudice after the terms of

the settlement are memorialized and the closing documents executed.

WHEREFORE, the parties respectfully stipulate to a Settlement of the case.

This 22nd day of April, 2011.

**PREPARED AND CONSENTED TO BY:**

*/s/ David V. Johnson*
DAVID V. JOHNSON, ESQ.
Georgia Bar No. 393310
MOSES KIM, ESQ.
Georgia Bar No. 335581
Counsel for Defendant
Tenet Healthcare Corporation

INSLEY & RACE, LLC
The Mayfair Royal
181 14th Street, N.E., Suite 200
Atlanta, GA 30309
O: (404) 876-9818
F: (404) 876-9817
dj@insleyrace.com
mkim@insleyrace.com

**CONSENTED TO BY:**

*/s/ David E. Betts*
*(with express permission)*
DAVID E. BETTS, ESQ.
Georgia Bar No. 055850
Counsel for Plaintiff

BETTS & ASSOCIATES
The Grant Building, Suite 200
44 Broad Street, NW
Atlanta, GA 30303
O: (404) 577-8888
F: (404) 577-0080
davidbetts@bettslaw.net

*/s/David E. Tuszynski*
*(with express permission)*
DAVID E. TUSZYNSKI, ESQ.
Georgia Bar No. 720287
Counsel for Plaintiff

GARLAND, SAMUEL & LEOB, P.C.
3151 Maple Drive, N.E.
Atlanta, GA 30305
O: (404) 262-2225
F: (404) 365-5041
det@gsllaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed the **JOINT STIPULATION OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**Counsel for Plaintiff**
David E. Betts, Esq.
BETTS & ASSOCIATES
The Grant Building, Suite 200
44 Broad Street, NW
Atlanta, GA 30303

David E. Tuszynski, Esq.
GARLAND, SAMUEL & LEOB, P.C.
3151 Maple Drive, N.E.
Atlanta, GA 30305

I FURTHER CERTIFY that the undersigned responsible for service of the above document acknowledges that he is in possession of the original of the foregoing and the custodian thereof, the same to be held in accordance with the local rule.

This 22nd day of April, 2011.

                                  Respectfully submitted,

                                  */s/ David V. Johnson*
                                  DAVID V. JOHNSON, ESQ.
                                  Georgia Bar No. 393310
                                  MOSES KIM, ESQ.
                                  Georgia Bar No. 335581
                                  Counsel for Defendant
                                  Tenet Healthcare Corporation

```
INSLEY & RACE, LLC
The Mayfair Royal
181 14th Street, N.E., Suite 200
Atlanta, GA 30309
O: (404) 876-9818
F: (404) 876-9817
```
dj@insleyrace.com
mkim@insleyrace.com