```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
                      NEWNAN DIVISION

KATISA MATHEWS,                 )
                                )
      Plaintiff,                )
                                )
      v.                        )   CIVIL ACTION FILE NO.
                                )   3:08-CV-134-JTC
TENET HEALTHCARE                )
CORPORATION,                    )
                                )
      Defendant.                )
```

### DISMISSAL WITH PREJUDICE

COMES NOW, the Katisa Mathews, plaintiff in the above-captioned case, and herein dismisses this case with prejudice. All parties will bear their own costs and attorney's fees. Plaintiff respectfully requests the Clerk of Court mark to file as closed.

This 7th day of June, 2011.

/s/David E. Tuszynski

DAVID E. TUSZYNSKI, ESQ.
Georgia Bar No. 720287
Counsel for Plaintiff

GARLAND, SAMUEL & LEOB, P.C.
3151 Maple Drive, N.E.
Atlanta, GA 30305
O: (404) 262-2225
F: (404) 365-5041
det@gsllaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have electronically filed the **DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**Counsel for Plaintiff**
David E. Betts, Esq.
BETTS & ASSOCIATES
The Grant Building, Suite 200
44 Broad Street, NW
Atlanta, GA 30303

**Counsel for Defendant**
David V. Johnson, Esq.
INSLEY & RACE, LLC
181 14TH Street – The Mayfair Royal
Suite 200
Atlanta, GA 30309

This 7th day of June, 2011.

                Respectfully submitted,

                */s/David E. Tuszynski*
                DAVID E. TUSZYNSKI, ESQ.
                Georgia Bar No. 720287
                Counsel for Plaintiff

GARLAND, SAMUEL & LEOB, P.C.
3151 Maple Drive, N.E.
Atlanta, GA 30305
O: (404) 262-2225
F: (404) 365-5041